**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-6802

KENDALL GREEN,

Plaintiff - Appellant,

v.

SGT. D. ANDERSON, of Lee Correctional Institution; JON
OZMINT, Director of SCDC; LT. RICHARDSON, SMU Security; MS.
L. JOHNSON, Grievance Coordinator; MAJOR JAMES C. DEAN,
Security Over Institution; WARDEN PADULA,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Cameron McGowan Currie, District
Judge. (2:10-cv-03080-CMC)

Submitted: September 27, 2012      Decided: October 1, 2012

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kendall Green, Appellant Pro Se. Edgar Lloyd Willcox, II,
WILLCOX BUYCK & WILLIAMS, PA, Florence, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kendall Green appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Green v. Anderson, No. 2:10-cv-03080-CMC (D.S.C. Apr. 11, 2012). We deny Green's motion for a transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED